1  Joseph J. Tabacco, Jr. (75484)
   Christopher T. Heffelfinger (118058)
2  Julie J. Bai (227047)
   **BERMAN DEVALERIO PEASE TABACCO**
3    **BURT & PUCILLO**
   425 California Street, Suite 2100
4  San Francisco, CA 94104-2205
   Telephone: (415) 433-3200
5  Facsimile: (415) 433-6382

6  Stanley M. Grossman
   Marc I. Gross
7  Jason S. Cowart
   **POMERANTZ HAUDEK BLOCK**
8    **GROSSMAN & GROSS LLP**
   100 Park Avenue
9  New York, NY 10017
   Telephone: (212) 661-1100
10 Facsimile: (212) 661-8665

11 *Lead Counsel for Lead Plaintiffs*

12 Robert P. Varian (107459)
   Jonathan B. Gaskin (203625)
13 Eunice J. Lee (233467)
   **ORRICK, HERRINGTON & SUTCLIFFE LLP**
14 The Orrick Building
   405 Howard Street
15 San Francisco, CA 94105
   Telephone: (415) 773-5996
16 Facsimile: (415) 773-5795

17 *Counsel for Defendants Silicon Storage Technology, Inc., Jack Lai,*
   *Bing Yeh, Yasushi Chikagami, Isao Nojima and Yaw-Wen Hu*
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21

22 In re SILICON STORAGE TECHNOLOGY,   ) Master File No. C-05-0295 PJH
   INC. SECURITIES LITIGATION,         )
23                                     ) STIPULATION AND [~~PROPOSED~~] ORDER
                                       ) MODIFYING DATE BY WHEN LEAD
24 This Documents Relates To: ALL ACTIONS. ) PLAINTIFF SHALL FILE A
                                       ) CONSOLIDATED COMPLAINT
25                                     )

26         WHEREAS, the Stipulation And Consolidation Order For Securities Fraud Class Action,

27 dated March 18, 2005 [the "Consolidation Order"], and approved by Order of the Court dated March

28 18, 2005, provides in paragraph 12 that Lead Plaintiff shall file a Consolidated Complaint within 60

[C-05-0295 PJH] STIPULATION AND [PROPOSED] ORDER MODIFYING DATE
BY WHEN LEAD PLAINTIFF SHALL FILE A CONSOLIDATED COMPLAINT           - 1 -

1  days after the filing of the order designating the lead plaintiff, unless otherwise agreed upon by the
2  parties.
3      WHEREAS, Lead Plaintiff was not a signatory to the Consolidation Order because Lead
4  Plaintiff did not have a complaint on file at that time.
5      WHEREAS, on May 3, 2005, the Court issued an Order Appointing Lead Plaintiffs and Lead
6  Plaintiffs' Counsel.
7      WHEREAS, based on the May 3, 2005 Consolidation Order, the due date for filing a
8  Consolidated Complaint is July 5, 2005.
9      WHEREAS, counsel for defendants have agreed, subject to court approval, to extend the due
10 date for filing the Consolidated Complaint to July 15, 2005, with all other provisions of the
11 Consolidation Order to remain in effect.
12     WHEREAS, counsel for defendants have agreed to this extension, in part, based on a
13 representation by Christopher T. Heffelfinger, one of the counsel for lead plaintiffs, involved in this
14 matter, that he had been away from the office recently for nearly a week plus several days of light
15 duty following surgery at UCSF.
16     IT IS HEREBY STIPULATED AND AGREED, that counsel for Lead Plaintiffs shall have
17 until July 15, 2005, to file a Consolidated Complaint, and that, unless otherwise agreed to, all other
18 provisions of the Consolidation Order remain in effect.

19  DATED: June 23, 2005            BERMAN DeVALERIO PEASE TABACCO
                                    BURT & PUCILLO
20

21                                  By:      /s/ Christopher T. Heffelfinger
                                        CHRISTOPHER T. HEFFELFINGER
22
                                    Joseph J. Tabacco, Jr.
23                                  Nicole Lavallee
                                    Julie J. Bai
24                                  425 California Street, Suite 2100
                                    San Francisco, CA 94104
25                                  Telephone: (415) 433-3200
                                    Facsimile: (415) 433-6382
26

27

28

| | |
|---|---|
| 1 | Stanley M. Grossman |
| 2 | Marc I. Gross<br>Jason S. Cowart |
| 3 | **POMERANTZ HAUDEK BLOCK<br>  GROSSMAN & GROSS LLP** |
| 4 | 100 Park Avenue<br>New York, NY 10017 |
| 5 | Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665 |
| 6 | *Lead Counsel for Lead Plaintiffs* |

7   DATED:  June 23, 2005          ORRICK, HERRINGTON & SUTCLIFFE LLP

8

9                                   By:  ____/s/ Jonathan B. Gaskin_____
                                        JONATHAN B. GASKIN

10                                  The Orrick Building
11                                  405 Howard Street
                                    San Francisco, CA 94105
12                                  Telephone: (415) 773-5996
                                    Facsimile: (415) 773-5795

13                                  *Counsel for Defendants*

14

15                                  **ORDER**

16      The foregoing stipulation is approved and is so ordered.

17   DATED: **6/27/05**

18                                  [signature]
19                                  _____
                                    United States District Judge
20

[C-05-0295 PJH] STIPULATION AND [PROPOSED] ORDER MODIFYING DATE
BY WHEN LEAD PLAINTIFF SHALL FILE A CONSOLIDATED COMPLAINT          - 3 -