Joseph J. Tabacco, Jr. (75484)
Nicole Lavallee (165755)
Julie J. Bai (227047)
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermanesq.com
Email: nlavallee@bermanesq.com
Email: jbai@bermanesq.com

*Liaison Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC. SECURITIES LITIGATION,<br><br>This Documents Relates To: ALL ACTIONS. | Master File No. C-05-0295 PJH<br><br>[~~PROPOSED~~] **ORDER TO ENLARGE TIME TO FILE THE SECOND AMENDED CONSOLIDATED COMPLAINT** |

Having considered Lead Plaintiffs' Ex Parte Application for an extension of time to file its second amended consolidated complaint, and finding good cause therefore,

IT IS HEREBY ORDERED that Lead Plaintiffs have to and including May 1, 2006 by which to file it second amended consolidated complaint.

DATED: 3/27/06  _____
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[C-05-0295 PJH] [PROPOSED] ORDER TO ENLARGE TIME TO FILE THE
SECOND AMENDED CONSOLIDATED COMPLAINT                                                                - 1 -