ROBERT P. VARIAN (State Bar No. 107459)
JONATHAN B. GASKIN (State Bar No. 203625)
EUNICE J. LEE (State Bar No. 233467)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Defendants Silicon Storage Technology, Inc., Bing Yeh, Yaw Wen Hu, Jack K. Lai, Yasushi Chikagami, Isao Nojima and Derek Best.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC. SECURITIES LITIGATION,<br><br>This Document Relates To: ALL ACTIONS. | Case No.  Master File No. C-05-0295 PJH<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ON BRIEFING SCHEDULE FOR MOTION TO DISMISS |

WHEREAS, this Court granted Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint on March 10, 2006;

WHEREAS, this Court ordered that Plaintiffs Louisiana School Retirement System and Louisiana District Attorneys' Retirement System (collectively the "Lead Plaintiffs") have to and including May 1, 2006 by which to file a second amended consolidated complaint ("SAC");

WHEREAS, Defendants anticipate moving to dismiss the SAC; and

WHEREAS, in the interest of judicial economy, Defendants and Lead Plaintiffs have agreed to the following briefing schedule for the Motion to Dismiss the SAC.

THEREFORE:

1. Defendants' time to respond to the SAC shall be 45 days from the date on which all defendants are served with the SAC, unless otherwise agreed by the parties.

2. Lead Plaintiffs shall file their Opposition to the Defendants' Motion to Dismiss the SAC within 45 days of service, unless otherwise agreed upon by the parties.

3. Any reply briefs to the Opposition shall be filed within 30 days of service of the Opposition, unless otherwise agreed upon by the parties.

4. A hearing on the Motion to Dismiss will be set thereafter at the Court's convenience.

//
//
//
//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: April 21, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | *s/ Robert P. Varian* |
| 4 | | Robert P. Varian |
| 5 | | Robert P. Varian (State Bar No. 107459)<br>Jonathan B. Gaskin (State Bar No. 203625)<br>Eunice J. Lee (State Bar No. 233467)<br>The Orrick Building, 405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | *Attorneys for Defendants* |
| 10 | Dated: April 27, 2006 | BERMAN DEVALARIO PEASE TABACCO BURT & PUCILLO |
| 11 | | |
| 12 | | s/ |
| 13 | | Nicole Lavallee |
| 14 | | Joseph J. Tabacco, Jr. (State Bar No. 75484)<br>Nicole Lavallee (State Bar No. 165755)<br>Julie J. Bai (State Bar No. 227047)<br>425 California Street, Suite 2100<br>San Francisco, CA 94104-2205<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | *Liason Counsel for Lead Plaintiff* |

Dated: April 27, 2006

POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP

s/ *Jason S. Cowart*/м
Jason S. Cowart

Stanley M. Grossman
Marc I. Gross
Jason S. Cowart
Patrick V. Dahlstrom
100 Park Avenue
New York, NY 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

*Lead Counsel for Lead Plaintiff*

* * *

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED

Dated: 4/28/06

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED
Judge Phyllis J. Hamilton