Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: cand.uscourts@classcounsel.com

*Liaison Counsel for Plaintiff Roy Talmo*

Marc A. Topaz (mtopaz@sbclasslaw.com)
Richard A. Maniskas (rmaniskas@sbclasslaw.com)
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Telephone (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiff Roy Talmo*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC. SECURITIES LITIGATION | MASTER FILE NO. C-05-00295-PJH |
| | **CLASS ACTION** |
| This Document Relates To: | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) AND ORDER** |
| All Actions | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, Plaintiff Roy Talmo filed a class action complaint on behalf of himself and all others similarly situated against Silicon Storage Technology, Inc., Bing Yeh, Jack K. Lai, Isao Nojima and Yasishi Chikagami on January 26, 2005, captioned *Talmo v. Silicon Storage Technology, Inc., et al.,* Case No. C-05-00390-PJH ("Complaint"); and

WHEREAS, on March 24, 2005, the Court entered an order consolidating five securities actions into a single action for pretrial proceedings captioned *In re Silicon Storage Technology, Inc. Securities Litigation*, Master File No. C-05-00295-PJH; and

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Roy Talmo voluntarily dismisses his Complaint in this consolidated action without prejudice. Green Welling LLP and Schiffrin & Barroway, LLP withdraw from representation of Roy Talmo's interests in this action.

DATED: June 30, 2006                                **GREEN WELLING LLP**

By: _____/s/_____
Robert S. Green
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

*Liaison Counsel for Plaintiff Roy Talmo*

Marc A. Topaz
Richard A. Maniskas
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiff Roy Talmo*

7/10/06

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]