Joseph J. Tabacco, Jr. (75484)
Nicole Lavallee (165755)
Julie J. Bai (227047)
**BERMAN DEVALERIO PEASE TABACCO**
  **BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382
Email:  jtabacco@bermanesq.com
Email:  nlavallee@bermanesq.com
Email:  jbai@bermanesq.com

*Liaison Counsel for the Class*

Stanley M. Grossman
Marc I. Gross
Patrick V. Dahlstrom
Jason C. Cowart
**POMERANTZ HAUDEK BLOCK**
  **GROSSMAN & GROSS LLP**
100 Park Avenue
New York, NY  10017
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  sgrossman@pomlaw.com
Email:  mgross@pomlaw.com
Email:  pdahlstrom@pomlaw.com
Email:  jscowart@pomlaw.com

*Counsel for Plaintiffs Louisiana School Retirement System,*
*Louisiana District Attorneys' Retirement System and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC. SECURITIES LITIGATION,<br><br>This Document Relates To: ALL ACTIONS. | Master File No. C-05-0295 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT |

1  WHEREAS, counsel for plaintiffs has requested an extension to the due date for filing Plaintiffs' Memorandum in Support of Their Opposition to Defendants' Motion to Dismiss the Second Consolidated Amended Class Complaint ("Opposition"), in part, based on a representation by Julie J. Bai, one of the liaison counsel for lead plaintiffs, involved in this matter, that one of the lead counsel for Plaintiffs will be out on paternity leave.

WHEREAS, counsel for defendants has agreed, subject to Court approval, to extend the due date for filing Plaintiffs' Opposition to August 17, 2006.

WHEREAS, in exchange for extending the filing due date for the Opposition, counsel for defendants has requested an additional 10 days to file any reply briefs to the Opposition.

WHEREAS, counsels for defendants and plaintiffs have agreed that any reply briefs to the Opposition shall be filed within 40 days of service of the Opposition, unless otherwise agreed by the parties.

IT IS HEREBY STIPULATED AND AGREED, that counsel for Lead Plaintiffs shall have until August 17, 2006, to file its Opposition and that any reply briefs shall be filed within 40 days of service of the Opposition.

DATED: July 26, 2006                BERMAN DeVALERIO PEASE TABACCO
                                    BURT & PUCILLO

                                    By: ___/s/ Nicole Lavallee___
                                         NICOLE LAVALLEE

                                    Joseph J. Tabacco, Jr.
                                    Nicole Lavallee
                                    Julie J. Bai
                                    425 California Street, Suite 2100
                                    San Francisco, CA 94104
                                    Telephone: (415) 433-3200
                                    Facsimile: (415) 433-6382

[C-05-0295 PJH] STIP AND [PROPOSED] ORDER MODIFYING BRIEFING
SCHEDULE FOR MOTION TO DISMISS                                                     - 1 -

|   |   |
|---|---|
| | Stanley M. Grossman |
| | Marc I. Gross |
| | Patrick V. Dahlstrom |
| | Jason S. Cowart |
| | **POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP** |
| | 100 Park Avenue |
| | New York, NY 10017 |
| | Telephone: (212) 661-1100 |
| | Facsimile: (212) 661-8665 |
| | |
| | *Lead Counsel for Lead Plaintiffs* |

DATED: July 26, 2006                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Robert P. Varian /by EJL_____
    ROBERT P. VARIAN

Robert P. Varian
Jonathan B. Gaskin
Eunice J. Lee
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5996
Facsimile: (415) 773-5795

*Counsel for Defendants*

## ORDER

The foregoing stipulation is approved and is so ordered.

DATED: 8/2/06 _____

**IT IS SO ORDERED**
/s/ PJH
Judge Phyllis J. Hamilton
(United States District Court, Northern District of California seal)

[C-05-0295 PJH] STIP AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION TO DISMISS                    - 2 -