ROBERT P. VARIAN (State Bar No. 107459)
JONATHAN B. GASKIN (State Bar No. 203625)
EUNICE J. LEE (State Bar No. 233467)
BENJAMIN P. VAN HOUTEN (State Bar No. 241355)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759
Email:    rvarian@orrick.com
Email:    jgaskin@orrick.com
Email:    ejlee@orrick.com
Email:    bvanhouten@orrick.com

*Attorneys for Defendants Silicon Storage Technology, Inc., Bing Yeh, Yaw Wen Hu, Jack K. Lai and Derek Best*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC. SECURITIES LITIGATION,<br><br>This Document Relates To: ALL ACTIONS. | Case No.  Master File No. C-05-0295 PJH<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING HEARING DATE ON MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT** |

US_WEST:260082589.1

[C-05-0295] STIPULATION AND [PROPOSED] ORDER AMENDING HEARING DATE ON MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT

1     WHEREAS, in a Stipulation and [Proposed] Order Modifying Briefing Schedule For Motion to Dismiss the Second Consolidated Amended Class Action Complaint ("Stipulated Briefing Schedule") filed on July 26, 2006, the parties stipulated and agreed to extend the due date for filing plaintiffs' Memorandum in Support of Their Opposition to Defendants' Motion to Dismiss the Second Consolidated Amended Class Action Complaint ("Opposition") to August 17, 2006.

7     WHEREAS, in the Stipulated Briefing Schedule, the parties stipulated and agreed that any reply briefs to the Opposition shall be filed within 40 days of service of the Opposition, unless otherwise agreed by the parties.

10     WHEREAS, the Court approved and ordered the Stipulated Briefing Schedule on August 2, 2006.

12     WHEREAS, plaintiffs filed, via the Court's electronic court filing system, their Opposition on August 17, 2006.

14     WHEREAS, the reply briefs to the Opposition are due on September 29, 2006.

15     WHEREAS, the hearing on the Motion to Dismiss the Second Consolidated Amended Class Action Complaint ("Motion to Dismiss") is currently scheduled for October 11, 2006.

17     WHEREAS, counsel for defendants has requested a modification of hearing date on the Motion to Dismiss based on the revision of briefing dates and, in part, on a scheduling conflict for defense counsel on October 11, 2006.

20     WHEREAS, counsel for plaintiffs has agreed, subject to Court approval, to modify the hearing date on the Motion to Dismiss to November 8, 2006.

22     IT IS HEREBY STIPULATED AND AGREED, that the hearing on the Motion to Dismiss shall be rescheduled to November 8, 2006 and that the filing deadline for any reply briefs to the Opposition as set forth in the Stipulated Briefing Schedule shall remain the same.

25 //
26 //
27 //
28 //

| | | |
|---|---|---|
| 1 | Dated: September 5, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/ Robert P. Varian
_____
Robert P. Varian   /ejl

Robert P. Varian (State Bar No. 107459)
Jonathan B. Gaskin (State Bar No. 203625)
Eunice J. Lee (State Bar No. 233467)
Benjamin P. Van Houten (State Bar No. 241355)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Attorneys for Defendants*

Dated: September 1, 2006                BERMAN DEVALARIO PEASE TABACCO
                                        BURT & PUCILLO

_____
Nicole Lavallee

Joseph J. Tabacco, Jr. (State Bar No. 75484)
Nicole Lavallee (State Bar No. 165755)
Julie J. Bai (State Bar No. 227047)
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Stanley M. Grossman
Marc I. Gross
Patrick V. Dahlstrom
Jason S. Cowart
POMERANTZ HAUDEK BLOCK
   GROSSMAN & GROSS LLP
100 Park Avenue
New York, NY 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

*Attorneys for Lead Plaintiffs*

\* \* \*

## ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED

Dated: 9/6/06

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

